JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ROCIO VASQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 25, inclusive,<br><br>    Defendant. | CASE NO. 5:18-cv-02086-JGB-SPx<br><br>**ORDER TO REMAND MATTER BACK TO STATE COURT**<br><br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Sheri Pym<br><br>Filed: August 16, 2018<br>Removed: September 28, 2018 |

Having read and considered the Joint Stipulation to remand matter back to State Court, filed by Plaintiff Rocio Vasquez ("Plaintiff"), and Defendant Costco Wholesale Corporation ("Defendant").

/ / /

/ / /

/ / /

/ / /

1

ORDER REMANDING MATTER BACK TO STATE COURT      CASE NO. 5:18-cv-02086-JGB-SP

**IT IS HEREBY ORDERED** that this matter be remanded back to the Superior Court of California, County of San Bernardino, Department S27, the Honorable Thomas S. Garza, effectively immediately.

Dated: October 17, 2019

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE